UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00323-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT HYUNDAI CAPITAL AMERICA TO RESPOND TO COMPLAINT |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Hyundai Capital America shall file a response to the complaint on or before May 3, 2017.

IT IS SO ORDERED.

Dated: __**April 19, 2017**__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE