**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

**LAW OFFICE OF STEPHAN A. HOOVER**
Stephan A. Hoover, Esq. (SBN: 299790)
Stephan@hooverlawsd.com
P.O. Box 723
Telephone: (760) 707-3453
Facsimile: (760) 687-0013

*Attorneys for Plaintiff,*
Rachel K. Ruiz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., HYUNDAI CAPITAL AMERICA, VALLEY FIRST CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 1:17-CV-00323-LJO-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS HEARING** |

Plaintiff Rachel K. Ruiz ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("WFBNA") hereby stipulate as follows:

WHEREAS, WFBNA filed a Motion to Dismiss Plaintiff's Complaint on April 11, 2017 and a Motion Hearing was set for May 16, 2017 at 9:30 AM in Courtroom 5 (DAD) before District Judge Dale A. Drozd;

– 1 –

WHEREAS, on April 13, 2017 this case was reassigned to Chief Judge Lawrence J. O'Neill and Magistrate Judge Stanley A. Boone;

WHEREAS, on April 20, 2017 WFBNA's pending Motion to Dismiss Plaintiff's Complaint was referred by Chief Judge Lawrence J. O'Neill to Magistrate Judge Stanley A. Boone for the preparation of findings and recommendations;

WHEREAS, on April 20, 2017 the Court reset the Motion Hearing as to WFBNA's Motion to Dismiss Plaintiff's Complaint for May 17, 2017 at 10:00 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

WHEREAS, Plaintiff's counsel Clark Ovruchesky has a trial conflict from May 15th to potentially May 17th in Los Angeles Superior Court and a settlement conference conflict on May 17th in the Southern District of California (San Diego);

WHEREAS, Plaintiff's counsel Stephan Hoover has a family medical matter conflict on May 17th in San Diego;

WHEREAS, Plaintiff and WFBNA are currently engaged in settlement discussions and believe that a short continuance would also allow the parties to continue to explore early resolution of this action;

WHEREAS, this request is not made for any delay or improper purpose;

THEREFORE, Plaintiff and WFBNA hereby request that the currently scheduled Motion to Dismiss hearing be continued from May 17, 2017 to May 24, May 25, or May 26 and the motion filing deadlines related to WFBNA's Motion to Dismiss be adjusted accordingly.

///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: April 24, 2017                    LAW OFFICE OF CLARK OVRUCHESKY.


                                         By  */s/ Clark Ovruchesky*[1]
                                             Clark Ovruchesky
                                             Attorneys for Plaintiff
                                             Rachel K. Ruiz


DATED: April 24, 2017                    SEVERSON & WERSON


                                         By */s/ Laszlo Ladi* (as authorized 4-24-17)
                                             Laszlo Ladi
                                             Attorneys for Defendant
                                             Wells Fargo Bank, N.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing for Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint currently set for May 17, 2017 is continued to May 24, 2017 at 10:00 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone and the motion filing deadlines related to WFBNA's Motion to Dismiss are adjusted accordingly.

IT IS SO ORDERED.

Dated:  **April 24, 2017**
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Eastern District Local Rule 131(e), filing counsel attests that all other signatories listed hereon and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

– 3 –