# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00323-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 37)<br><br>DEADLINE: July 3, 2017 |

On May 3, 2017, Plaintiff filed a notice of settlement informing the Court that she has reached settlement with Defendant Trans Union LLC.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before July 3, 2017; and
2. All pending dates in this action are vacated as to Defendant Trans Unions LLC only.

IT IS SO ORDERED.

Dated: **May 4, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1