# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>   Plaintiff,<br><br>  v.<br><br>WELLS FARGO, N.A., et al.,<br><br>   Defendants. | Case No. 1:17-cv-00323-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 42)<br><br>DEADLINE: July 11, 2017 |

On May 12, 2017, Plaintiff filed a notice of settlement informing the Court that she has reached settlement with Defendant Equifax Information Services LLC.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before July 11, 2017; and

2. All pending dates in this action are vacated as to Defendant Equifax Information Services LLC only.

IT IS SO ORDERED.

Dated:  **May 15, 2017**

               
UNITED STATES MAGISTRATE JUDGE

1