# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　　Defendants. | Case No.  1:17-cv-00323-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DEFENDANT VALLEY FIRST CREDIT UNION AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 46) |

On June 16, 2017, Plaintiff filed a notice of voluntary dismissal dismissing Defendant Valley First Credit Union with prejudice with each party to bear its own costs and fees.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Defendant Valley First Credit Union has not filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendant Valley First Credit Union in this action.


IT IS SO ORDERED.

Dated:  __**June 20, 2017**__　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1