# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO, N.A., et al.,<br><br>        Defendants. | Case No. 1:17-cv-00323-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 62)<br><br>DEADLINE: November 8, 2017 |

On September 11, 2017, Plaintiff filed a notice of settlement informing the Court that the she has reached settlement with Defendant Experian Information Solutions, Inc. which settles all claims in this action.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents on or before November 8, 2017; and
2. All pending dates and matters in this action are VACATED.

IT IS SO ORDERED.

Dated: **September 12, 2017**

UNITED STATES MAGISTRATE JUDGE

1