# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A., et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00323-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT REPORT EXPLAINING WHY THE COURT SHOULD RETAIN JURISDICTION OVER SETTLEMENT<br><br>(ECF No. 64)<br><br>RESPONSE DUE: NOVEMBER 13, 2017 |

On November 7, 2017, Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") filed a stipulation for dismissal of the claims against Experian, the last remaining defendant in this action. (ECF No. 64.) The parties request that the Court retain jurisdiction over the terms of the settlement agreement, but do not explain why. The Court notes that the settlement was not reached at a settlement conference that the Court conducted.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint report on or before November 13, 2017, explaining why the Court should retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED.

Dated:　**November 8, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1